IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| QUENTIN ALLEN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 20-2016 |
| | : | |
| KILOLO KIJAKAZI, COMMISSIONER OF SOCIAL SECURITY,[1] | : | |
| Defendant, | : | |

### ORDER

**AND NOW**, this 30th day of September, 2021, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Judicial Review (Dkt. No. 11), Defendant's Response to Request for Review of Plaintiff (Dkt. No. 12), and Plaintiff's Reply Brief in Support of Request for Judicial Review (Dkt. No. 13), and for the reasons expressed in the foregoing Memorandum, **IT IS ORDERED** that:

1. The relief sought by Plaintiff is **GRANTED** in part as described below;

2. The case is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g), and in accordance with the Report and Recommendation; and

3. In all other respects, Plaintiff's request for relief is **DENIED**.

BY THE COURT:

  _/s/ Henry S. Perkin_____
HENRY S. PERKIN
United States Magistrate Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Ms. Kijakazi should be substituted for the former Commissioner of Social Security, Andrew Saul, as the defendant in this action. No further action need be taken to continue this suit pursuant to section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| QUENTIN ALLEN,<br>　　　　　　Plaintiff,<br>　v.<br>KILOLO KIJAKAZI, COMMISSIONER<br>OF SOCIAL SECURITY,[2]<br>　　　　　　Defendant, | CIVIL ACTION<br><br>NO. 20-2016 |

## ORDER

**AND NOW**, this 30th day of September, 2021, it appearing by separate Order of the undersigned that this case is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g), and in accordance with the Memorandum Opinion dated September 30, 2021,

**IT IS ORDERED** that **JUDGMENT IS ENTERED IN FAVOR OF PLAINTIFF REVERSING THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY** for the purposes of this remand only.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **CLOSE** this matter statistically.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　 /s/ Henry S. Perkin
　　　　　　　　　　　　　　　　　　　　HENRY S. PERKIN
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[2] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Ms. Kijakazi should be substituted for the former Commissioner of Social Security, Andrew Saul, as the defendant in this action. No further action need be taken to continue this suit pursuant to section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).